period, was dismissed. There being nothing in the record tending in any way to overcome the presumption of correctness attaching to the classification of the collector, the protest was overruled as to entries 132, 144, 155, 156, 246, 265, 344, and 387.

**No. 59966.**—W. X. Huber *v.* United States, protests 591897–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59967.**—W. X. Huber *v.* United States, protests 591903–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59968.**—W. X. Huber Co. *v.* United States, protests 692230–G and 692231–G (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59969.**—W. X. Huber Co. *v.* United States, protests 848710–G, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59970.**—W. X. Huber Co. *v.* United States, protests 848716–G, 952924–G, and 956072–G (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.